JS-6

1  DANIEL AZIZI, SBN 268995
   IGOR FRADKIN, SBN 299491
2  DOWNTOWN L.A. LAW GROUP
   601 North Vermont Avenue
3  Los Angeles, California 90004
   Telephone: 213.389.3765
4  Facsimile: 877.389.2775
   Email: daniel@downtownlalaw.com
5          igor@downtownlalaw.com

6  Attorneys for Plaintiff
   JAIME GONZALEZ
7

8  DOUGLAS A. WICKHAM, Bar No. 127268
   LITTLER MENDELSON P.C.
9  633 West 5th Street, 63rd Floor
   Los Angeles, California 90071
10 Telephone: 213.443.4300
   Facsimile: 213.443.4299
11 Email: dwickham@littler.com

12 Attorneys for Defendant
   BMC WEST, LLC
13

14

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17

18 JAIME GONZALEZ, an individual,          Case No. EDCV 20-2148-GW-SHKx

19                Plaintiff,               Honorable George H. Wu

20        v.                              **ORDER DISMISSING LAWSUIT
                                          WITH PREJUDICE**
21 BMC WEST, LLC DBA BMC; and
   DOES 1-50, inclusive,                   Complaint Filed: August 18, 2020
22
                  Defendants.
23

24

25

26

27

28

Having read and considered the Joint Stipulation Re Dismissal of Lawsuit with Prejudice ("Joint Stipulation") of Plaintiff Jaime Gonzalez ("Plaintiff") and Defendant BMC West, LLC ("Defendant") (collectively, the "Parties"), and **GOOD CAUSE APPEARING THEREFOR**, it is **HEREBY ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      The Parties' Joint Stipulation is **GRANTED**;

2.      Plaintiff's allegations, claims, and claims for relief asserted in Plaintiff's Complaint, Plaintiff's Complaint, and this entire action, shall be and hereby are **DISMISSED WITH PREJUDICE**;

3.      Each Party shall bear his or its own expenses, costs and attorneys' fees incurred in connection with the prosecution or defense of this action; and

4.      Upon dismissal of this action, the Court shall retain jurisdiction to interpret or enforce the Parties' Confidential Settlement and Release Agreement pursuant to Federal Rule of Civil Procedure 41.

    **IT IS SO ORDERED.**

 DATED: July 1, 2021

_____
      HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles CA 90071
213.443.4300